**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE:<br>THACKER, MICHAEL D.<br><br><br>Debtor(s) | CHAPTER 7 CASE<br><br>CASE NO. 05B-50478 BWB<br><br>JUDGE BRUCE W. BLACK |

**TRUSTEE'S FINAL REPORT**

To:   THE HONORABLE BRUCE W. BLACK
      BANKRUPTCY JUDGE

NOW COMES THOMAS B. SULLIVAN, TRUSTEE, herein, and respectfully submits to the Court and to the United States Trustee his/her Final Report and Account in accordance with 11 U.S.C. §704(9).

1. THOMAS B. SULLIVAN, TRUSTEE was appointed as the Chapter 7 trustee ("Trustee"). The Petition commencing this case was filed on 10/12/05. The Trustee was appointed on 10/12/05. An order for relief under Chapter 7 was entered on 10/12/05.

2. The Trustee certifies that he has concluded the administration of this estate and has performed the duties enumerated in Section 704 of the Bankruptcy Code. The nonexempt assets of the estate have either been converted to cash, disposed of under orders of this Court, or are sought to be abandoned by the Trustee; there is no other property belonging to the estate; there are no matters pending or undetermined; claims have been reviewed; and all claim objections have been resolved to the best of the Trustee's knowledge. The Trustee certifies that this estate is ready to be closed. The tasks performed by the Trustee are set forth on Exhibit A.

3. The disposition of estate property is set forth in Exhibit B. The property abandoned, or sought to be abandoned, along with the reasons for such abandonment, is described in Exhibit B.

4. A summary of the Trustee's Final Report as of 1/27/09 is as follows:

| | | |
|---|---|---|
| a. RECEIPTS (See Exhibit C) | $ | 22,449.29 |
| b. DISBURSEMENTS (See Exhibit C) | $ | 289.17 |
| c. NET CASH available for distribution | $ | 22,160.12 |
| d. TRUSTEE/PROFESSIONAL COSTS<br>   1. Trustee compensation requested (See Exhibit E) | $ | 2,994.93 |

   2. Trustee Expenses (See Exhibit E)         $_____0.00
   3. Compensation requested by attorney or other
    professionals for trustee (See Exhibit F)     $_____9,457.42
                         $_____

5.   The Bar Date for filing unsecured claims expired on 12/12/06.

6.   All claims filed in this case with the Clerk of the Bankruptcy Court have been reviewed by the Trustee. The actual dollar amount of claims allowed and/or requested for this estate is as follows:

   a. Allowed unpaid secured claims           $_____0.00

   b. Chapter 7 Administrative and 28 U.S.C. §1930 claims   $_____12,452.35

   c. Allowed Chapter 11 Administrative Claims      $_____0.00

   d. Allowed priority claims             $_____0.00

   e. Allowed unsecured claims            $_____56,655.87

7.   Trustee proposes that unsecured creditors receive a distribution of 17.13% of allowed claims.

8.   Total compensation and expense previously awarded to Trustee's counsel, accountant or other professional was $0.00. Professional's compensation and expense requested but not yet allowed is $9,457.12. The total of Chapter 7 professional fees and expenses requested for final allowance is $12,452.35. (A summary of the professional fees and expenses previously requested is attached hereto as Exhibit G.)

9.   A fee of $925.00 was paid to Debtor's counsel for services rendered in connection with this case, and no basis appears to request an examination of those fees pursuant to 11 U.S.C. §329.

**WHEREFORE**, the Trustee certifies under penalty of perjury that the above statements are true and correct and requests the Court to provide for notice and a hearing pursuant to 11 U.S.C. §§330(a), 502(b) and 503(b). The Trustee further requests that the Court award final compensation and reimbursement of expenses and make final allowances of the administrative claims and expenses stated in this Report and for such other relief as the Court shall deem proper.

Dated:  1/27/09                                      RESPECTFULLY SUBMITTED,


By: /s/Thomas B. Sullivan
    THOMAS B. SULLIVAN, TRUSTEE
    1900 RAVINIA PLACE
    ORLAND PARK, IL  60462
    Telephone # (708) 226-2700

## TRUSTEE TASKS

The Trustee conducted a first meeting of creditors and questioned the debtor on the sale of real estate which had taken place prior to the filing. The Debtor had received some proceeds and there were funds held in escrow from the sale.

The Debtor's attorney filed a motion to exempt the proceeds of sale held in escrow after the sale. An order was entered disallowing the exemption on January 27, 2006.

The Debtor's attorney filed a motion to exempt the proceeds of sale. The exemption was denied concerning the escrowed proceeds of estate. Leave was granted to allow the debtor to claim up to $7,500.00 in proceeds of sale that were deposited in the debtor's bank.

The proceeds of sale held in escrow by the debtor's attorney amounted to $12,845.83. The Trustee demanded the turnover of said funds from Michael Lew, the Debtor's attorney which was denied. An order was entered on August 18, 2006 ordering the turnover of the escrowed funds to the Trustee. The funds were received on September 11, 2006.

The Debtor had received fronds from the sale of the real estate of which were allegedly spent by the debtor. The Trustee filed a claim against the debtor for a turnover of said funds. After negotiation, a settlement was reached with the debtor for a payment of $9,332.04 in installments to the estate. The initial payment of $1,000.00 was paid upon entry of the order and monthly installments thru October 6, 2008 of $335.00 per month. The final payment was made on September 12, 2008.

**An order had been previously entered employing an accountant to file the appropriate tax returns. Claims were check and the final report was prepared and filed.**

**8 HOURS @ $475.00/HOUR = $3,800.00**

**EXHIBIT A**

# EXHIBIT B

## DISPOSITION OF ESTATE PROPERTY

| Scheduled Property and Disposition | Amount Realized |
|---|---|
|  |  |

| Unscheduled Property | Amount Realized |
|---|---|
| See Forms 1 & 2, attached hereto |  |

| | |
|---|---|
| TOTAL RECEIPTS | $ 22,449.29 |
| TOTAL SCHEDULED VALUE OF PROPERTY ABANDONED | $ 1,550.00 |
| TOTAL SCHEDULED VALUE OF EXEMPT PROPERTY | $ 63,325.00 |

**EXHIBIT C**

**CASH RECEIPTS AND DISBURSEMENTS**

Case 05-50478    Doc 46    Filed 02/18/09    Entered 02/18/09 10:58:44    Desc Main
          Document      Page 7 of 20

# Form 1

Page: 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 05B-50478 BWB  
**Case Name:** THACKER, MICHAEL D.  
**Period Ending:** 01/26/09  

**Trustee:** (330180)   THOMAS B. SULLIVAN, TRUSTEE  
**Filed (f) or Converted (c):** 10/12/05 (f)  
**§341(a) Meeting Date:** 12/13/05  
**Claims Bar Date:** 12/12/06  

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon.<br>DA=§554(c) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | CASH ON HAND | 20.00 | 0.00 | | 0.00 | FA |
| 2 | CHECKING | 14,000.00 | 9,282.04 | | 9,332.04 | FA |
| 3 | SECURITY DEPOSIT | 905.00 | 0.00 | DA | 0.00 | FA |
| 4 | HOUSEHOLD GOODS | 250.00 | 0.00 | | 0.00 | FA |
| 5 | GOLF CLUBS | 300.00 | 0.00 | | 0.00 | FA |
| 6 | WEARING APPAREL | 175.00 | 0.00 | | 0.00 | FA |
| 7 | FISHING EQUIPMENT | 200.00 | 0.00 | | 0.00 | FA |
| 8 | LIFE INS. | Unknown | Unknown | | 0.00 | FA |
| 9 | DEAN FOODS | Unknown | Unknown | | 0.00 | FA |
| 10 | 401K SUGAR FOODS | 25,000.00 | 0.00 | | 0.00 | FA |
| 11 | DEAN FOODS | 35,000.00 | 0.00 | | 0.00 | FA |
| 12 | DISSOLUTION PENDING | Unknown | Unknown | | 0.00 | FA |
| 13 | MUTUAL FUND | 725.00 | 0.00 | DA | 0.00 | FA |
| 14 | ESCROWED PROCEEDS OF SALE | 20,000.00 | 20,000.00 | | 12,845.83 | FA |
| 15 | 2001 AUDI | 10,000.00 | 0.00 | | 0.00 | FA |
| 16 | COMPUTER | 300.00 | 0.00 | | 0.00 | FA |
| Int | INTEREST  (u) | Unknown | N/A | | 271.42 | Unknown |

Printed: 01/26/2009 02:38 PM     V.10.54

# Form 1

Page: 2

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 05B-50478 BWB  
**Case Name:** THACKER, MICHAEL D.  
**Period Ending:** 01/26/09

**Trustee:** (330180)   THOMAS B. SULLIVAN, TRUSTEE  
**Filed (f) or Converted (c):** 10/12/05 (f)  
**§341(a) Meeting Date:** 12/13/05  
**Claims Bar Date:** 12/12/06

| | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon.<br>DA=§554(c) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| Ref. # | | | | | | |
| 17 | **Assets** **Totals** (Excluding unknown values) | **$106,875.00** | **$29,282.04** | | **$22,449.29** | **$0.00** |

**Major Activities Affecting Case Closing:**

    PURSUING PROCEEDS OF REAL ESTATE  
    SENT ASSET NOTICE REQUESTING DELAY 1/26/06  
    RECEIVING PAYMENTS OVER TIME REGARDING COLLECTION OF BANK ACCOUNT; AWAITING FINAL TAX RETURN; READY TO PREPARE FINAL REPORT

**Initial Projected Date Of Final Report (TFR):** December 31, 2006        **Current Projected Date Of Final Report (TFR):** December 31, 2008

Printed: 01/26/2009 02:38 PM     V.10.54

## Form 2

### Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 05B-50478 BWB | Trustee: | THOMAS B. SULLIVAN, TRUSTEE (330180) |
|---|---|---|---|
| Case Name: | THACKER, MICHAEL D. | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | Account: | ***-*****83-19 - Time Deposit Account |
| Taxpayer ID #: | 13-7542947 | Blanket Bond: | $5,000,000.00  (per case limit) |
| Period Ending: | 01/26/09 | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Time Deposit Account Balance |
| 01/23/08 | | FUNDING ACCOUNT: ********8365 | | 9999-000 | 15,000.00 | | 15,000.00 |
| 07/21/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  1.2800% | 1270-000 | 94.98 | | 15,094.98 |
| 10/20/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.6000% | 1270-000 | 22.60 | | 15,117.58 |
| 10/22/08 | | To Account #********8365 | Close CD via CD Rollover | 9999-000 | | 15,117.58 | 0.00 |
| | | | **ACCOUNT TOTALS** | | **15,117.58** | **15,117.58** | **$0.00** |
| | | | Less: Bank Transfers | | 15,000.00 | 15,117.58 | |
| | | | **Subtotal** | | **117.58** | **0.00** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$117.58** | **$0.00** | |

{} Asset reference(s)            Printed: 01/26/2009 02:38 PM    V.10.54

## Form 2

Page: 2

### Cash Receipts And Disbursements Record

**Case Number:** 05B-50478 BWB
**Case Name:** THACKER, MICHAEL D.

**Taxpayer ID #:** 13-7542947
**Period Ending:** 01/26/09

**Trustee:** THOMAS B. SULLIVAN, TRUSTEE (330180)
**Bank Name:** JPMORGAN CHASE BANK, N.A.
**Account:** \*\*\*-\*\*\*\*\*83-65 - Money Market Account
**Blanket Bond:** $5,000,000.00 (per case limit)
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 09/11/06 | {14} | MICHAEL THACKER | ESCROW ACCOUNT TURNOVER | 1149-000 | 12,845.83 | | 12,845.83 |
| 09/29/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 4.78 | | 12,850.61 |
| 10/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 9.00 | | 12,859.61 |
| 11/06/06 | {2} | MICHAEL D. THACKER | SETTLEMENT PAYMENT PER ORDER OF 10/13/06 | 1149-000 | 335.00 | | 13,194.61 |
| 11/22/06 | {2} | MICHAEL THACKER | SETTLEMENT PAYMENT | 1149-000 | 1,000.00 | | 14,194.61 |
| 11/27/06 | {2} | MICHAEL D. THACKER | SETTLEMENT PAYMENT | 1149-000 | 335.00 | | 14,529.61 |
| 11/30/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 8.72 | | 14,538.33 |
| 12/29/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 9.23 | | 14,547.56 |
| 01/04/07 | {2} | MICHAEL D. THACKER | SETTLEMENT PAYMENT | 1149-000 | 335.00 | | 14,882.56 |
| 01/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 9.85 | | 14,892.41 |
| 02/05/07 | {2} | MICHAEL D. THACKER | SETTLEMENT PAYMENT | 1149-000 | 335.00 | | 15,227.41 |
| 02/07/07 | 1001 | INTERNATIONAL SURETIES, | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/31/2006 FOR CASE #05B-50478, BOND #016026455 | 2300-000 | | 20.55 | 15,206.86 |
| 02/23/07 | {2} | MICHAEL D. THACKER | SETTLEMENT PAYMENT | 1149-000 | 335.00 | | 15,541.86 |
| 02/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 7.56 | | 15,549.42 |
| 03/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 8.30 | | 15,557.72 |
| 04/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 8.58 | | 15,566.30 |
| 05/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 8.58 | | 15,574.88 |
| 06/29/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 8.03 | | 15,582.91 |
| 07/03/07 | {2} | MICHAEL D. THACKER | SETTLEMENT PAYMENTS | 1149-000 | 1,005.00 | | 16,587.91 |
| 07/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 9.34 | | 16,597.25 |
| 08/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 9.15 | | 16,606.40 |

**Subtotals:** $16,626.95   $20.55

{} Asset reference(s)

Printed: 01/26/2009 02:38 PM   V.10.54

## FORM 2

Page: 3

### Cash Receipts And Disbursements Record

**Case Number:** 05B-50478 BWB  
**Case Name:** THACKER, MICHAEL D.  

**Taxpayer ID #:** 13-7542947  
**Period Ending:** 01/26/09  

**Trustee:** THOMAS B. SULLIVAN, TRUSTEE (330180)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****83-65 - Money Market Account  
**Blanket Bond:** $5,000,000.00  (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 09/05/07 | {2} | MICHAEL THACKER | SETTLEMENT PAYMENT | 1149-000 | 335.00 | | 16,941.40 |
| 09/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 8.40 | | 16,949.80 |
| 10/30/07 | {2} | MICHAEL D. THACKER | SETTLEMENT PAYMENT | 1149-000 | 500.00 | | 17,449.80 |
| 10/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 9.95 | | 17,459.75 |
| 11/14/07 | {2} | MICHAEL D. THACKER | SETTLEMENT PAYMENT | 1149-000 | 335.00 | | 17,794.75 |
| 11/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6000% | 1270-000 | 9.16 | | 17,803.91 |
| 12/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6000% | 1270-000 | 9.06 | | 17,812.97 |
| 01/23/08 | | ACCOUNT FUNDED: ********8319 | | 9999-000 | | 15,000.00 | 2,812.97 |
| 01/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.3000% | 1270-000 | 6.42 | | 2,819.39 |
| 02/11/08 | 1002 | INTERNATIONAL SURETIES, | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/31/2007 FOR CASE #05B-50478, BOND #016026455 - TERM 2/1/08-2/1/09 | 2300-000 | | 18.62 | 2,800.77 |
| 02/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.2500% | 1270-000 | 0.57 | | 2,801.34 |
| 03/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | 1270-000 | 0.52 | | 2,801.86 |
| 04/02/08 | {2} | MICHAEL THACKER | SETTLEMENT PAYMENT | 1149-000 | 600.00 | | 3,401.86 |
| 04/02/08 | {2} | MICHAEL D. THACKER | SETTLEMENT PAYMENT | 1149-000 | 600.00 | | 4,001.86 |
| 04/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | 1270-000 | 0.54 | | 4,002.40 |
| 05/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 0.52 | | 4,002.92 |
| 06/26/08 | 1003 | Grochocinski, Grochocinski & Lloyd, Ltd. | REIMBURSEMENT OF ADVERSARY FILING FEE | 2700-000 | | 250.00 | 3,752.92 |
| 06/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 0.50 | | 3,753.42 |
| 07/08/08 | {2} | MICHAEL D. THACKER | SETTLEMENT PAYMENT | 1149-000 | 3,107.04 | | 6,860.46 |
| 07/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 0.75 | | 6,861.21 |
| 08/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 0.81 | | 6,862.02 |
| | | | **Subtotals :** | | **$5,524.24** | **$15,268.62** | |

{} Asset reference(s)

Printed: 01/26/2009 02:38 PM    V.10.54

## Form 2

Page: 4

### Cash Receipts And Disbursements Record

| Case Number: | 05B-50478 BWB | | Trustee: | THOMAS B. SULLIVAN, TRUSTEE (330180) |
|---|---|---|---|---|
| Case Name: | THACKER, MICHAEL D. | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | ***-*****83-65 - Money Market Account |
| Taxpayer ID #: | 13-7542947 | | Blanket Bond: | $5,000,000.00  (per case limit) |
| Period Ending: | 01/26/09 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 09/12/08 | {2} | MICHAEL D. THACKER | SETTLEMENT PAYMENT | 1149-000 | 175.00 | | 7,037.02 |
| 09/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 0.91 | | 7,037.93 |
| 10/22/08 | | From Account #********8319 | Close CD via CD Rollover | 9999-000 | 15,117.58 | | 22,155.51 |
| 10/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1200% | 1270-000 | 1.26 | | 22,156.77 |
| 11/28/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1000% | 1270-000 | 1.81 | | 22,158.58 |
| 12/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.54 | | 22,160.12 |
| | | | **ACCOUNT TOTALS** | | **37,449.29** | **15,289.17** | **$22,160.12** |
| | | | Less: Bank Transfers | | 15,117.58 | 15,000.00 | |
| | | | **Subtotal** | | **22,331.71** | **289.17** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$22,331.71** | **$289.17** | |

{} Asset reference(s)  

Printed: 01/26/2009 02:38 PM   V.10.54

# Form 2

Page: 5

## Cash Receipts And Disbursements Record

| Case Number: | 05B-50478 BWB | | Trustee: | THOMAS B. SULLIVAN, TRUSTEE (330180) |
|---|---|---|---|---|
| Case Name: | THACKER, MICHAEL D. | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | ***-*****83-66 - Checking Account |
| Taxpayer ID #: | 13-7542947 | | Blanket Bond: | $5,000,000.00   (per case limit) |
| Period Ending: | 01/26/09 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| (No Transactions on File for this Period) | | | **ACCOUNT TOTALS** | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$0.00** | |

|  | | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | | | | |
| | CD # ***-*****83-19 | 117.58 | 0.00 | 0.00 |
| | MMA # ***-*****83-65 | 22,331.71 | 289.17 | 22,160.12 |
| | Checking # ***-*****83-66 | 0.00 | 0.00 | 0.00 |
| | | $22,449.29 | $289.17 | $22,160.12 |

{} Asset reference(s)

Printed: 01/26/2009 02:38 PM   V.10.54

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE:<br>THACKER, MICHAEL D.<br><br><br>Debtor(s) | CHAPTER 7 CASE<br><br>CASE NO. 05B-50478 BWB<br><br>JUDGE BRUCE W. BLACK |

**PROPOSED DISTRIBUTION REPORT**

I, THOMAS B. SULLIVAN, TRUSTEE, herein, certify that I have reviewed all claims filed with the Clerk of the Bankruptcy Court and have examined all orders of Court, and state that based on my review I propose to make the following distribution:

SUMMARY OF DISTRIBUTION:

| | |
|---|---:|
| Secured Claims: | $ 0.00 |
| Chapter 7 Administrative Expenses: | $ 12,452.35 |
| Chapter 11 Administrative Expenses: | $ 0.00 |
| Priority Claims (507(a)(2)-(a)(7)): | $ 0.00 |
| Secured Tax Liens: | $ 0.00 |
| Priority Tax Claims: | $ 0.00 |
| Other Priority Claims (507(a)(9)): | $ 0.00 |
| General Unsecured Claims: | $ 9,707.77 |
| | |
| TOTAL AMOUNT TO BE DISTRIBUTED: | $ 22,160.12 |

| 1. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| Secured Claims | | $ 0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |

| 2. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| §726(a) & (b) and §507(a)(1) (Chapter 7 costs of administration including court costs and U.S. Trustee quarterly fees pursuant to 28 U.S.C. 1930(6)) | | $ 12,452.35 | 100.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |
| ADMIN1 | THOMAS B. SULLIVAN, TRUSTEE | 2,994.93 | 2,994.93 |
| ADMIN2 | Grochocinski, Grochocinski & Lloyd, Ltd. | 8,550.00 | 8,550.00 |
| ADMIN3 | Grochocinski, Grochocinski & Lloyd, Ltd. | 58.62 | 58.62 |
| ADMIN4 | Alan D. Lasko | 848.80 | 848.80 |

| 3. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| §726(a) & (b) and §507(a)(1) (Debtor-in possession (DIP) administrative expenses) | | $ 0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |

| 4. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §507(a)(2) - Gap claims arising in involuntary cases and allowed pursuant to §502(f) | | $ 0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| | | TOTAL | $ 0.00 |

| 5. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §507(a)(3) - Wages, salaries or commissions limited to $4,300.00 | | $ 0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | | TOTAL | $ 0.00 |

| 6. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §507(a)(4) - Contributions to Employee Benefit Funds | | $ 0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | | TOTAL | $ 0.00 |

| 7. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §507(a)(5) - Farmers' and Fishermen's claims to the extent of $4,300.00 | | $ 0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | | TOTAL | $ 0.00 |

| 8. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| 507(a)(6) - Deposits by consumers to the extent of $1,950.00 | | $ 0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | | TOTAL | $ 0.00 |

| 9. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §507(a)(7) - Alimony | | $ 0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | | TOTAL | $ 0.00 |

| 10. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §724(b)(6) - Tax Liens: | | $ 0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | | TOTAL | $ 0.00 |

| 11. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| | §507(a)(8) - Tax claims excluding fines and penalties | $ 0.00 | 0.00% |
| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
| | | TOTAL       $ | 0.00 |

| 12. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| | §507(a)(9) - Capital Commitments to FDIC, et al. | $ 0.00 | 0.00% |
| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
| | | TOTAL       $ | 0.00 |

| 13. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| | §726(a)(2) - General Claims (To be paid pro-rata after costs of administration and priority claims are paid in full) | $ 56,655.87 | 17.13% |
| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
| 001 | DISCOVER BANK/DISCOVER FINANCIAL SVCS | 14,998.95 | 2,570.02 |
| 002 | CHASE BANK USA NA | 6,097.57 | 1,044.79 |
| 003 | CHASE BANK USA NA | 6,300.38 | 1,079.55 |
| 004 | CITIBANK/CHOICE | 25,420.50 | 4,355.70 |
| 005 | GMAC | 3,838.47 | 657.71 |
| | | TOTAL       $ | 9,707.77 |

| 14. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| | General Unsecured Subordinated claims | $ 0.00 | 0.00% |
| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
| | | TOTAL       $ | 0.00 |

| 15. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| | §726(a)(3) - Late unsecured claims | $ 0.00 | 0.00% |
| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
| | | TOTAL       $ | 0.00 |

| **16.** | **TYPE OF CLAIMS** | **TOTAL AMOUNT OF CLAIMS** | **FINAL DIVIDEND%** |
|---|---|---|---|
| §726(a)(4) - Fines/penalties | | $         0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| | | TOTAL     $ | 0.00 |

| **17.** | **TYPE OF CLAIMS** | **TOTAL AMOUNT OF CLAIMS** | **FINAL DIVIDEND%** |
|---|---|---|---|
| §726(a)(5) - Interest | | $         0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| | | TOTAL     $ | 0.00 |

| **18.** | **TYPE OF CLAIMS** | **TOTAL AMOUNT OF CLAIMS** | **FINAL DIVIDEND%** |
|---|---|---|---|
| §726(a)(6) - Surplus to Debtor | | $         0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| | | TOTAL     $ | 0.00 |

The following claims are not included in the distribution because they have been disallowed or barred by court order or have been withdrawn by the claimant:

| **TYPE OF CLAIM** | **CLAIM NUMBER** | **CREDITOR AND ADDRESS** | **AMOUNT OF CLAIM** | **DISALLOWED /WITHDRAWN (DESIGNATE)** |
|---|---|---|---|---|
| | | | | |

   WHEREFORE, the Trustee certifies under penalty of perjury that the above statements are true and correct.

DATED: _____                    _____
                                                  THOMAS B. SULLIVAN, TRUSTEE

**PROFESSIONAL FEES AND EXPENSES**

|  | Previously Allowed | Pending Compensation Applications | Fees & Expenses Total |
|---|---:|---:|---:|
| **Attorney for Trustee** | | | |
| Grochocinski, Grochocinski & Lloyd, Ltd. Fees | 0.00 | 8,550.00 | |
| Grochocinski, Grochocinski & Lloyd, Ltd. Expenses | 0.00 | 58.62 | |
| | | | 8,608.62 |
| **Accountant for Trustee** | | | |
| Alan D. Lasko Fees | 0.00 | 848.80 | |
| | | | 848.80 |
| **Attorney for Debtor** | | | |
| | | | 0.00 |
| **Other Professionals** | | | |
| | | | 0.00 |
| | | | |
| TOTALS | $ 0.00 | $ 9,457.42 | $ 9,457.42 |