**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE:<br>THACKER, MICHAEL D.<br><br>Debtor(s) | CHAPTER 7 CASE<br><br>CASE NO. 05B-50478 BWB<br><br>JUDGE BRUCE W. BLACK |

**NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS
FOR COMPENSATION, AND HEARING ON THE ABANDONMENT
OF PROPERTY BY THE TRUSTEE**

TO  the Debtor(s), Creditors, and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held.

    At: Will County Court Annex
    57 N. Ottawa St., Courtroom 201
    Joliet, IL 60432

    on: **March 27, 2009**
    at: **9:15 a.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3. The Trustee's Final Report shows total:

    a. Receipts                                    $           22,449.29

    b. Disbursements                               $              289.17

    c. Net Cash Available for Distribution         $           22,160.12

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses Now Requested |
|---|---|---|---|
| THOMAS B. SULLIVAN, TRUSTEE<br>(Trustee Fees) | 0.00 | $2,994.93 | |

| | | |
|---|---|---|
| Grochocinski, Grochocinski & Lloyd, Ltd. (Trustee's Attorney Fees) | 0.00 | $8,550.00 |
| Grochocinski, Grochocinski & Lloyd, Ltd. (Trustee's Attorney Expenses) | 0.00 | $58.62 |
| Alan D. Lasko (Trustee's Accountant Fees) | 0.00 | $848.80 |

5. Applications for Chapter 11 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses Now Requested |
|---|---|---|---|

6. In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 0.00%.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|

7. Claims of general unsecured creditors totaling $56,655.87 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 17.13%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| 001 | DISCOVER BANK/DISCOVER FINANCIAL SVCS | $ 14,998.95 | $ 2,570.02 |
| 002 | CHASE BANK USA NA | $ 6,097.57 | $ 1,044.79 |
| 003 | CHASE BANK USA NA | $ 6,300.38 | $ 1,079.55 |
| 004 | CITIBANK/CHOICE | $ 25,420.50 | $ 4,355.70 |
| 005 | GMAC | $ 3,838.47 | $ 657.71 |

8. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

9. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 S. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee application(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

10. Debtor has been discharged.

11. The Trustee proposed to abandon the following property at the hearing: Books and records of the debtor, Mutual fund and security deposit

Dated:  **February 27, 2009**          For the Court,

By:**KENNETH S. GARDNER**
Kenneth S. Gardner
Clerk of the United States Bankruptcy Court
219 S. Dearborn Street; 7th Floor
Chicago, IL  60604

Trustee:     THOMAS B. SULLIVAN, TRUSTEE
Address:     1900 RAVINIA PLACE
             ORLAND PARK, IL  60462
Phone No.:  (708) 226-2700

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN**

| | | |
|---|---|---|
| IN RE: | | CHAPTER 7 CASE |
| THACKER, MICHAEL D. | | |
| | | CASE NO. 05B-50478 BWB |
| | | JUDGE BRUCE W. BLACK |
| | Debtor(s) | |

**ORDER AWARDING COMPENSATION AND EXPENSES**

THIS MATTER BEING HEARD on the Trustee's final requests for the allowance of fees and expenses of administration, notice having been given and the Court being duly advised:

IT IS HEREBY ORDERED that the Trustee's compensation and expenses are allowed as follows:

| | | | |
|---|---|---|---|
| 1. | Trustee's compensation | $ | 2,994.93 |
| 2. | Trustee's expenses | $ | 0.00 |
| | TOTAL | $ | 2,994.93 |
| 3. | Chapter 11 Trustee's compensation | $ | 0.00 |
| 4. | Chapter 11 Trustee's expenses | $ | 0.00 |
| | TOTAL | $ | 0.00 |

IT IS FURTHER ORDERED that the requests for compensation and expenses are allowed as follows:

| | | | |
|---|---|---|---|
| 1. | Attorney for the Trustee | | |
| | a. Compensation | $ | 8,550.00 |
| | b. Expenses | $ | 58.62 |
| | c. Chapter 11 Compensation | $ | 0.00 |
| | d. Chapter 11 Expenses | $ | 0.00 |
| 2. | Accountant for the Trustee | | |
| | a. Compensation | $ | 848.80 |
| | b. Expenses | $ | 0.00 |
| | c. Chapter 11 compensation | $ | 0.00 |
| | d. Chapter 11 Expenses | $ | 0.00 |

3. Other Professionals

          TOTAL     $    9,457.42

    IT IS FURTHER ORDERED that the Trustee is directed to pay the allowances listed above after the Trustee's Distribution Report is filed with the Clerk of the Bankruptcy Court.

DATED this _____ day of _____ , 200 __ .

          ENTERED  _____
                      BRUCE W. BLACK
                      UNITED STATES BANKRUPTCY JUDGE

# CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: amcc7              Page 1 of 1               Date Rcvd: Feb 27, 2009
Case: 05-50478                Form ID: pdf002          Total Served: 14

The following entities were served by first class mail on Mar 01, 2009.
db          +Michael D. Thacker,    545 Junction Point,    Roswell, GA 30075-3007
10134562    +Amy Thacker,    c/o Michael Lew,    9700 W. 131st. St.,    Palos Park, IL 60464-2198
10134563     Chase,    P.O. Box 15153,    Wilmington, DE 19886-5153
10926663    +Chase Bank USA, N.A.,    c/o Weinstein & Riley, P.S.,    2101 4th Avenue, Suite 900,
              Seattle, WA 98121-2339
10134564     Citi,    P.O. Box 688916,    Des Moines, IA 50368-8916
10979180     Citibank/CHOICE,    Exception Payment Processing,    P.O. Box 6305,    The Lakes, NV  88901-6305
11016433    +GMAC,    PO Box 901009,    Ft Worth, TX 76101-2009
10134566     GMAC,    P.O. Box 78369,    Phoenix, AZ 85062-8369
10134567    +Harris Bank N.A.,    Consumer Lending Center,    3800 Golf Road #300,
              Rolling Meadows, IL 60008-4037
10134568     MBNA,    P.O. Box 15288,    Wilmington, DE 19886-5288
10134569    +Michael Lew,    9700 W. 131st St.,    Palos Park, IL 60464-2198
10134570     Well Group,    P.O. Box 386,    Chicago Heights, IL 60412-0386
The following entities were served by electronic transmission on Feb 28, 2009.
10134565     E-mail/PDF: mrdiscen@discoverfinancial.com Feb 28 2009 02:09:36     Discover,    P.O. 30395,
              Salt Lake City, UT 84130-0395
10917904    +E-mail/PDF: mrdiscen@discoverfinancial.com Feb 28 2009 02:09:36
              Discover Bank/Discover Financial Services,    PO Box 3025,    New Albany OH 43054-3025
                                                                                              TOTAL: 2

             ***** BYPASSED RECIPIENTS *****
 NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 01, 2009**                              **Signature:** *Joseph Speetjens*